IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**OREGON NATURAL DESERT ASS'N**
**and WESTERN WATERSHEDS PROJECT,**

      Plaintiffs,

      v.

**CAROLYN FREEBORN, Field Manager, Jordan**
**Resource Area, BLM, et al.,**

      Defendants.

No. 3:06-cv-01311-MO

JUDGMENT

**MOSMAN, J.,**

In my Order [136] dated February 10, 1012, I granted plaintiffs' Renewed Motion for Summary Judgment [132] on the basis that defendants waived any arguments on the merits.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

Defendant Bureau of Land Management ("BLM") shall prepare additional National Environmental Policy Act ("NEPA") analysis as outlined in its final decisions issued on December, 30, 2010, including appropriate analysis of projected impacts to Greater sage-grouse, and shall continue to follow the interim grazing strategy for management of livestock grazing within the Louse Canyon Geographic Management Area until this additional analysis is completed and BLM has issued new decisions for such management. In addition, BLM shall not construct or authorize the construction of any additional range improvement projects until such

additional NEPA analysis has been completed and such new decisions have been issued.

Judgment is hereby entered for plaintiffs in accordance with the foregoing.

DATED this __6th__ day of September, 2012.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge