IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**OREGON NATURAL DESERT ASS'N
and WESTERN WATERSHEDS PROJECT,**

          Plaintiffs,

    v.

**CAROLYN FREEBORN, Field Manager, Jordan
Resource Area, BLM, et al.,**

          Defendants.

No. 3:06-cv-01311-MO

AMENDED JUDGMENT

**MOSMAN, J.,**

In my Order [136] dated February 10, 2012, I granted plaintiffs' Renewed Motion for

Summary Judgment [132] on the basis that defendants waived any arguments on the merits. The

March 2010 decisions authorizing grazing in the Louse Canyon Geographic Management Area

are arbitrary and capricious and contrary to law, and are hereby set aside.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

Defendant Bureau of Land Management ("BLM") shall prepare additional National

Environmental Policy Act ("NEPA") analysis as outlined in its final decisions issued on

December, 30, 2010, including appropriate analysis of projected impacts to Greater sage-grouse,

and shall continue to follow the interim grazing strategy for management of livestock grazing

within the Louse Canyon Geographic Management Area until this additional analysis is

PAGE 1—AMENDED JUDGMENT

completed and BLM has issued new decisions for such management. In addition, BLM shall not construct or authorize the construction of any additional range improvement projects until such additional NEPA analysis has been completed and such new decisions have been issued.

Judgment is hereby entered for plaintiffs in accordance with the foregoing.

DATED this __10th__ day of September, 2012.


/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Judge

PAGE 2—AMENDED JUDGMENT