UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N and WESTERN WATERSHEDS PROJECT,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CAROLYN FREEBORN, Field Manager, Jordan Resource Area, BLM; et al.,<br><br>        Defendants - Appellees. | No. 12-35759<br><br>D.C. No. 3:06-cv-01311-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered March 15, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk